UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Kelly T., | Case No. 20-cv-1915 (WMW/DTS) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Kilolo Kijakazi, | |
| Defendant. | |

---

Before the Court is the January 26, 2022 Report and Recommendation (R&R) of United States Magistrate Judge David T. Schultz.  (Dkt. 26.)  No objections to the R&R have been filed.  In the absence of timely objections, this Court reviews an R&R for clear error.  *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).  Having reviewed the R&R, the Court finds no clear error.

Based on the R&R and all the files, records and proceedings herein, **IT IS HEREBY ORDERED:**

1. The January 26, 2022 R&R, (Dkt. 26), is **ADOPTED**.

2. Plaintiff Kelly T.'s motion for summary judgment, (Dkt. 19), is **DENIED**.

3. Defendant Kilo Kijakazi's motion for summary judgment, (Dkt. 22), is **GRANTED**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:  February 18, 2022

s/Wilhelmina M. Wright
Wilhelmina M. Wright
United States District Judge